IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER A. THORNSBERRY　　　　　　　　　　　　　　PLAINTIFF
ADC #169180

v.　　　　　　　　No: 2:21-cv-00169 LPR-PSH

ARKANSAS DEPARTMENT OF CORRECTION, *et al.*　　　　　DEFENDANTS

## ORDER

The Court has received a Partial Recommendation from United States Magistrate Judge Patricia S. Harris. (Doc. 8). Plaintiff Christopher A. Thornsberry filed objections to the Partial Recommendation. The Court has completed a careful and *de novo* review of the Partial Recommendation, the objections, and the entire record. Based on this review, the Court concludes that the Partial Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

It is hereby ordered that Thornsberry's claims for a violation of prison regulations, a false disciplinary, and theft of his personal property are each dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 13th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE