**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CHRISTOPHER A. THORNSBERRY**                                     **PLAINTIFF**
**ADC #169180**

**v.**                                    **Case No. 2:21-CV-00169-LPR**

**CARRIE GRANVILLE, et al.**                                    **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Partial Recommendation (PFPR) submitted by United States Magistrate Judge Patricia S. Harris,[1] and the objections filed by Mr. Thornsberry.[2]  After a careful review of the objections and a *de novo* review of the PFPR and the entire record, the Court concludes that the PFPR should be, and hereby is, approved and adopted in its entirety as this Court's findings—with one exception.  The Court believes that the Second Amended Complaint contains sufficient allegations for the First Amendment retaliation claim to proceed against Sgt. Granville in her individual capacity.  Specifically, the Second Amended Complaint alleges that "Sgt. Granville confirmed she is involved with and . . . had the attacker placed in [Mr. Thornsberry's] cell to harm [him] out of retaliation for filing [his] law suits on her friends who are her co-workers."[3]  If true, that's First Amendment retaliation.  And while it's unlikely to be true, screening is not the place for that evaluation.

IT IS THEREFORE ORDERED THAT:

1.        Sgt. Granville's Motion to Dismiss (Doc. 16) is DENIED AS MOOT;

---

[1] Doc. 55.

[2] Doc. 56.

[3] Second Am. Compl. (Doc. 48) at 9.

2.      Mr. Thornsberry's Eighth Amendment failure-to-protect and pendent state law negligence claims may proceed against the Defendants in their individual capacities;

3.      Mr. Thornsberry's First Amendment retaliation claim may proceed against Sgt. Granville in her individual capacity; and

4.      All other claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED THIS 7th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE