# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CHRISTOPHER A. THORNSBERRY**                              **PLAINTIFF**
**ADC #169180**

v.                      No: 2:21-cv-00169 LPR-PSH

**CARRIE GRANVILLE,** *et al.*                                 **DEFENDANTS**

## ORDER

On July 31, 2023, the Court entered a Second Order to Show Cause with respect to defendant Jerrell Streeter to determine if default should be entered against him (Doc. No. 103).  Streeter filed a letter in response stating that he will respond to any questions sent to him and denying Plaintiff Christopher Thornsberry's allegations against him (Doc. No. 109).  Liberally construing Streeter's response, the Court accepts it as his Answer and directs the Clerk of Court to correct the docket entry to reflect that it is his Answer.

Thornsberry's motion to serve interrogatories on Streeter at his address under seal (Doc. No. 111) is GRANTED.  The Clerk of Court is directed to mail a copy of those interrogatories (Doc. No. 39) to Streeter at his address under seal (*see* Doc. Nos. 19 & 33).  Thornsberry's motion as to Counselor is DENIED.  Counselor is in default in this case.  *See* Doc. No. 104.

IT IS SO ORDERED this 1ˢᵗ day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE