IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER A. THORNSBERRY**                                                **PLAINTIFF**
**ADC #169180**

v.                              Case No. 2:21-cv-00169-LPR-PSH

**CARRIE GRANVILLE, et al.**                                                   **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Partial Recommendation (PFPR) submitted by United States Magistrate Judge Patricia S. Harris on April 17, 2023.[1] The PFPR addresses the summary judgment motion—and supplemental motion—filed by Defendants Granville and Morris.[2] Although Plaintiff responded to the Defendants' original motion, he failed to timely respond to their supplemental motion and statement of facts. Thus, for purposes of the PFPR, those facts were deemed admitted pursuant to Local Rule 56.1(c).[3] On May 2, 2023, Plaintiff filed: (1) objections to the PFPR; and (2) a supplemental response to the Defendants' supplemental summary judgment motion.[4] Plaintiff explained that, due to mail delays, he did not receive the supplemental motion until it was too late to respond. Out of an abundance of caution, the Court gave Plaintiff additional time to respond to both the supplemental motion and the PFPR.[5] In response, Plaintiff asked that the Court consider his May 2, 2023 submissions as being timely filed.[6] The Court grants his request and considers these documents accordingly.

---

[1] Doc. 85.

[2] Defs.' Mot. for Summ. J. (Doc. 60); Defs.' Supp. Mot. for Summ. J. (Doc. 81).

[3] Proposed Findings and Partial Recommendation (Doc. 85) at 2.

[4] Pl.'s Objections (Doc. 91); Pl.'s Supp. Resp. (Doc. 92).

[5] Order (Doc. 93).

[6] Pl.'s Resp. to Court's Order (Doc. 95).

1

After a careful and *de novo* review of the PFPR, the Plaintiff's objections and supplemental response, and the record in this case, the Court approves and adopts the PFPR as its findings and conclusions in all respects, with one exception: Defendants' supplemental statement of facts (Doc. 82) is *not* deemed admitted pursuant to Local Rule 56.1(c). But this exception does not affect the other findings and conclusions in the PFPR, which the Court adopts in full.[7]

Accordingly, the Defendants' motions for summary judgment (Docs. 60 & 81) are GRANTED. Plaintiff's Eighth Amendment failure-to-protect claims against Defendant Morris and Defendant Granville, and Plaintiff's First Amendment retaliation claim against Defendant Granville, are DISMISSED without prejudice. The Court declines to exercise jurisdiction over Plaintiff's pendent state law claims against Defendant Granville and Defendant Morris. Plaintiff's motions for hearing (Docs. 94 & 101) are DENIED as moot, as the Court has already addressed Plaintiff's concerns about deadlines. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would be frivolous and not taken in good faith.

IT IS SO ORDERED this 1st day of September 2023.

                                                                      LEE P. RUDOFSKY
                                                                      UNITED STATES DISTRICT JUDGE

---

[7] The Court additionally notes that Plaintiff now appears to concede that he did not exhaust all available administrative remedies against Defendant Morris. *See* Pl.'s Supp. Resp. (Doc. 92) at 3 ("The only defendant who is not listed properly in the grievances to adequately have administrative remedies exhausted against is defendant Q. Morris.").