IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER A. THORNSBERRY**                              **PLAINTIFF**
**ADC #169180**

v.                    Case No. 2:21-cv-00169-LPR-PSH

**JERRELL STREETER, et al.**                                        **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Partial Recommendation (PFPR) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 164). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PFPR, along with careful consideration of the entire case record, the Court hereby approves and adopts the PFPR as its findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 135) is DENIED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would be frivolous and not taken in good faith.

IT IS SO ORDERED this 6th day of February 2025.

                                                       _____
                                                       LEE P. RUDOFSKY
                                                       UNITED STATES DISTRICT JUDGE